1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   EVERARDO ROBLES-CARVAHAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>Vs.<br><br>EVERARDO ROBLES-CARVAHAL<br>Defendant | Case No: CR11-00591DLJ<br>CR11-00593DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CHANGE OF<br>PLEA HEARING TO<br>FEBRUARY 16, 2012 |

Defendant Robles-Carvahal is scheduled for a Change of Plea hearing on February 9, 2012 at 9:00 a.m.

On February 6, 2012, Diana Weiss, Counsel for Defendant Robles-Carvahal, received notice that she is ordered to appear in the Northern District of Iowa on a Motion to Revoke Pretrial Release (USA v Tuffree NDIA Case No.: CR11-00135LRR)

Government counsel has agreed to continue Mr. Robles-Carvahal's Change of Plea hearing to February 16, 2012 to accommodate defense counsel's schedule.

Wherefore, the parties Stipulate that the Change of Plea hearing set for February 9, 2012 be vacated and that the matter be reset for February 16, 2012 at 9:00 a.m.

////////////////////////

SO STIPULATED.

Dated: February 7, 2012

    /S/
DANIEL KALEBA
Assistant United States Attorney
Counsel for United States

    /S/
DIANA L. WEISS
Attorney for Defendant
EVERARDO ROBLES-CARVAHAL

**SO ORDERED.**

DATED:

HONORABLE D. LOWELL JENSEN
United States District Judge